IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANDRE SHEFFIELD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1914

Opinion filed July 8, 2016.

An appeal from an order of the Circuit Court for Union County.
Mark W. Moseley, Judge.

Andre Sheffield, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.